UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| M. MICHELE TONTI, IN HER CAPACITY AS BENEFICIARY OF THE MMT-IV INSURANCE TRUST<br><br>Plaintiff<br><br>VERSUS<br><br>SUZANNE M. TONTI, IN HER CAPACITY AS TRUSTEE OF THE MMT-IV INSURANCE TRUST AND IN HER CAPACITY AS THE EXECUTOR OF THE SUCCESSION OF EDMOND C. TONTI, AND THE SUCCESSION OF EDMOND C. TONTI<br><br>Defendants | CASE NO. 21-280<br><br>JUDGE SECT. F MAG. 2<br><br>MAGISTRATE JUDGE |

## MEMORANDUM IN SUPPORT OF
## MOTION TO FILE COMPLAINT UNDER SEAL

Plaintiff M. Michele Tonti, individually and in her capacity as beneficiary of the MMT-IV Insurance Trust ("Plaintiff") respectfully submits this Memorandum in Support of her Motion to File Complaint under Seal.

Plaintiff is engaged in other state court litigation with defendant Suzanne M. Tonti, including litigation arising from or relating to the *Succession of Madeline Dale Wood Tonti*, Case No. 2017-30034, 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana (the "Succession of Madeline Tonti"). On September 21, 2020, the state court overseeing the Succession of Madeline Tonti entered a Protective Order permitting parties to the succession proceeding to designate information "confidential" before producing it in discovery. A copy of the Protective Order is attached hereto as Exhibit 1.

1297232v.1

One such document that was produced in the succession proceeding and designated "confidential" is a trust instrument, the terms of which are discussed in Plaintiff's Complaint and give rise to certain rights and obligations of the parties to this action. In an abundance of caution, to ensure compliance with the state court Protective Order, Plaintiff respectively requests that the Complaint be sealed, so that information designated "confidential" is not included within the public record and Plaintiff does not run afoul of the Protective Order.

Dated: February 9, 2021.

    Respectfully submitted,

    */s/ Dorothy H. Wimberly*
    Dorothy H. Wimberly, Bar Roll No. 18509
    Nicholas J. Wehlen, Bar Roll No. 29476
    Erin E. Kriksciun, Bar Roll No. 31052
        Of
    STONE PIGMAN WALTHER WITTMANN L.L.C.
    909 Poydras Street, Suite 3150
    New Orleans, LA 70112-4042
    Telephone: (504) 581-3200
    dwimberly@stonepigman.com
    nwehlen@stonepigmanc.om
    ekriksciun@stonepigman.com

    *Attorneys for M. Michele Tonti, individually and in her capacity as beneficiary of the MMT-IV Insurance Trust*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February 2021 a copy of the preceding Memorandum in Support of Motion for Leave to File Complaint Under Seal is being served on defendants through their anticipated counsel of record by email, together with the Complaint that is being filed in this action.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly

1297232v.1